**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nettie L. Clark** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **2:18-bk-19439-NB** | | |
| (if known) | | | |

☐ Check if this is an
  amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ 907,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ 11,200.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ 918,200.00 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 504,512.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 8,700.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 24,302.00 |
| **Your total liabilities** | $ 537,514.00 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 3,891.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 2,821.26 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Nettie L. Clark**                                   Case number *(if known)*   **2:18-bk-19439-NB**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 0.00

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 8,700.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 8,700.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nettie L. Clark** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 2:18-bk-19439-NB | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

### 1.1

**3436 and 3436 1/2 8th Avenue**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Los Angeles    CA    90018-0000**
City            State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$900,000.00** | **$900,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple, Joint with Daughter Alisa Clark**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Los Angeles**
County

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Principal residence:  zoned as 2 units but wall was knocked out and now it is one single family house:  Debtor is 91 years old and disabled**

Debtor 1    **Nettie L. Clark**    Case number *(if known)*    **2:18-bk-19439-NB**

**If you own or have more than one, list here:**

1.2

**Holy Cross Mortuary**
**5835 W. Slauson Ave.**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other    **Funeral plot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,000.00 | $7,000.00 |

**Culver City**    **CA**    **90230-0000**
City    State    ZIP Code

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Los Angeles**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>    **$907,000.00**

**Part 2:**    **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1    Make:    **Honda**
Model:    **Odyssey**
Year:    **2005**
Approximate mileage:    **65,000**
Other information:

**Dents on both bumpers, minor mechanical issues**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,000.00 | $7,000.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>    **$7,000.00**

**Part 3:**    **Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

| Debtor 1 | **Nettie L. Clark** | Case number *(if known)* | **2:18-bk-19439-NB** |
|---|---|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Misc. household goods | $1,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | Television | $300.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

   | 1 painting | $100.00 |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Clothing | $500.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | Misc. jewelry | $2,000.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Nettie L. Clark**                                    Case number *(if known)*    **2:18-bk-19439-NB**

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................

| $3,900.00 |
| --- |

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

16.  **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ■ No
     ☐ Yes...................................................................................................

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ■ Yes........................                    Institution name:

|  | 17.1.  **Savings** | **Bank of America** | $300.00 |
| --- | --- | --- | --- |

18.  **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes.................     Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
     ■ No
     ☐ Yes.  Give specific information about them...................
              Name of entity:                              % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ■ No
     ☐ Yes. Give specific information about them
              Issuer name:

21.  **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ■ No
     ☐ Yes. List each account separately.
              Type of account:                   Institution name:

22.  **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ■ No
     ☐ Yes. ....................                  Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ■ No
     ☐ Yes............     Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ■ No
     ☐ Yes............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Debtor 1    **Nettie L. Clark**                                     Case number *(if known)*    **2:18-bk-19439-NB**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   - ☑ No
   - ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   - ☑ No
   - ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   - ☑ No
   - ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   - ☑ No
   - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   - ☑ No
   - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   - ☑ No
   - ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   - ☑ No
   - ☐ Yes. Name the insurance company of each policy and list its value.
      Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   - ☑ No
   - ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   - ☑ No
   - ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   - ☑ No
   - ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   - ☑ No
   - ☐ Yes.  Give specific information..

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor 1 | **Nettie L. Clark** | Case number *(if known)* | **2:18-bk-19439-NB** |
|---|---|---|---|

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.............................................................................................................  | **$300.00** |

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

---

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

---

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  | **$0.00** |

---

**Part 8:**  List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2** ...................................................................................................  | **$907,000.00** |

| 56. | **Part 2: Total vehicles, line 5** | | **$7,000.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | | **$3,900.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | | **$300.00** | | |
| 59. | **Part 5: Total business-related property, line 45** | | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | | |

62.  **Total personal property.** Add lines 56 through 61...    **$11,200.00**    Copy personal property total    **$11,200.00**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62    | **$918,200.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nettie L. Clark** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:18-bk-19439-NB** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **3436 and 3436 1/2 8th Avenue Los Angeles, CA 90018  Los Angeles County**<br>**Principal residence:  zoned as 2 units but wall was knocked out and now it is one single family house:  Debtor is 91 years old and disabled**<br>Line from *Schedule A/B*: **1.1** | $900,000.00 | ■ | $175,000.00 | **C.C.P. § 704.730** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Holy Cross Mortuary 5835 W. Slauson Ave. Culver City, CA 90230 Los Angeles County**<br>Line from *Schedule A/B*: **1.2** | $7,000.00 | ■ | $7,000.00 | **C.C.P. § 704.200** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2005 Honda Odyssey 65,000 miles Dents on both bumpers, minor mechanical issues**<br>Line from *Schedule A/B*: **3.1** | $7,000.00 | ■ | $3,050.00 | **C.C.P. § 704.010** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc. household goods**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ | $1,000.00 | **C.C.P. § 704.020** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Nettie L. Clark** | Case number (if known) | **2:18-bk-19439-NB** |
|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Television**<br>Line from *Schedule A/B*: **7.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **1 painting**<br>Line from *Schedule A/B*: **8.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Misc. jewelry**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Savings: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.080 |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ■ No

   ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nettie L. Clark** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:18-bk-19439-NB** |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

| **2.1** Pnc Mortgage | |
|---|---|
| Creditor's Name | |

**Describe the property that secures the claim:**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $13,134.00 | $900,000.00 | $0.00 |

3436 and 3436 1/2 8th Avenue Los Angeles, CA 90018  Los Angeles County-2nd mortgage Principal residence:  zoned as 2 units but wall was knocked out and now it is one single family house: Debtor is 91 years old and disabled

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **Opened 06/07  Last Active 08/18** | Last 4 digits of account number | 7316 |
|---|---|---|---|

| **2.2** Seterus, Inc. | |
|---|---|
| Creditor's Name | |

**Describe the property that secures the claim:**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $491,378.00 | $900,000.00 | $0.00 |

3436 and 3436 1/2 8th Avenue Los Angeles, CA 90018  Los Angeles County-1st mortgage Principal residence:  zoned as 2 units but wall was knocked out and now it is one single family house: Debtor is 91 years old and disabled

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Bankruptcy
Po Box 1077
Hartford, CT 06143**

Number, Street, City, State & Zip Code

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Nettie L. Clark**

First Name      Middle Name      Last Name

Case number (if know)    **2:18-bk-19439-NB**

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Opened 6/01/07 Last Active 9/15/17**

Date debt was incurred    **9/15/17**

Last 4 digits of account number    **1889**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $504,512.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $504,512.00 |

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nettie L. Clark** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:18-bk-19439-NB** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Franchise Tax Board** | Last 4 digits of account number ____ ____ ____ ____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Franchise Tax Board**
**P.O. Box 2952**
**Sacramento, CA 95812**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Debtor 1   **Nettie L. Clark**                                                 Case number *(if know)*   **2:18-bk-19439-NB**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | **0691** | **$8,700.00** | **$8,700.00** | **$0.00** |

Priority Creditor's Name

**Internal Revenue Service
Insolvency I, Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903**

When was the debt incurred?   **2014, 2016 and 2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

**Income tax**

---

| Part 2: | **List All of Your NONPRIORITY Unsecured Claims** |

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **Bank Of America** | Last 4 digits of account number | **4734** | | | **$3,253.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998**

When was the debt incurred?   **Opened  2/03/95 Last Active
8/10/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Credit Card**

☐ Yes

Debtor 1  **Nettie L. Clark**                                                                 Case number (if know)    **2:18-bk-19439-NB**

---

| 4.2 | **Bank Of America** | Last 4 digits of account number **5809** | $3,655.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 982238**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened  2/09/05  Last Active 11/10/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.3 | **Bank Of America** | Last 4 digits of account number **8754** | $6,992.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 982238**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 06/93  Last Active 8/10/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.4 | **Bank of America** | Last 4 digits of account number **7216** | $1,045.00 |

Nonpriority Creditor's Name

**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 04/08  Last Active 8/10/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1    **Nettie L. Clark**                                                                 Case number *(if know)*    **2:18-bk-19439-NB**

---

| 4.5 | **Comenity Bank/Victoria Secret** | Last 4 digits of account number | 3749 | $614.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 182125**
**Columbus, OH 45318**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    **Opened 09/15  Last Active 07/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

---

| 4.6 | **Comenitybank/New York** | Last 4 digits of account number | 7554 | $60.00 |

Nonpriority Creditor's Name

**Attn:  Bankruptcy Dept**
**Po Box 182125**
**Columbus, OH 43218**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    **Opened 07/08  Last Active 07/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

---

| 4.7 | **Credit One Bank** | Last 4 digits of account number | 4381 | $293.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 98873**
**Las Vegas, NV 89193**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    **Opened 04/17  Last Active 8/01/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

| Debtor 1 | **Nettie L. Clark** | Case number (if know) | **2:18-bk-19439-NB** |
|---|---|---|---|

| 4.8 | **LA DWP** | Last 4 digits of account number | **0000** | **$8,206.00** |

Nonpriority Creditor's Name

**LA DWP
P.O. Box 30808
Los Angeles, CA 90030**

When was the debt incurred?   **2017-18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Utility**

---

| 4.9 | **Sunrise Credit Services, Inc.** | Last 4 digits of account number | **2076** | **$184.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy
260 Airport Plaza
Farmingdale, NY 11735**

When was the debt incurred?   **Opened 03/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney At T Mobility**

---

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address

**Internal Revenue Service
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.2** of (Check one):

- ■ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 8,700.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 8,700.00 |

Debtor 1    **Nettie L. Clark**                                                                   Case number (if know)    **2:18-bk-19439-NB**

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 24,302.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 24,302.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nettie L. Clark** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 2:18-bk-19439-NB |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number       Street | |
| City                State          ZIP Code | |
| 2.2 | |
| Name | |
| Number       Street | |
| City                State          ZIP Code | |
| 2.3 | |
| Name | |
| Number       Street | |
| City                State          ZIP Code | |
| 2.4 | |
| Name | |
| Number       Street | |
| City                State          ZIP Code | |
| 2.5 | |
| Name | |
| Number       Street | |
| City                State          ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nettie L. Clark** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 2:18-bk-19439-NB | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                   12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number    Street<br>_____<br>City                  State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number    Street<br>_____<br>City                  State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nettie L. Clark** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **2:18-bk-19439-NB** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:      Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

## Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

Debtor 1    **Nettie L. Clark**                                    Case number *(if known)*    **2:18-bk-19439-NB**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $ 0.00 | $ N/A |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |

**6.** **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

**7.** **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7.    $ 0.00    $ N/A

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 391.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify:    **Daughter's contribution** | 8h.+ | $ 3,500.00 + | $ N/A |

**9.** **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 3,891.00    $ N/A

**10.** **Calculate monthly income.**  Add line 7 + line 9.    10.    $ 3,891.00 + $ N/A = $ 3,891.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11. +$ 0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 3,891.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Nettie L. Clark** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **2:18-bk-19439-NB** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   　　☐ No
   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | **Your expenses** |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ | **1,654.91** |
| | **If not included in line 4:** | | | |
| 4a. | Real estate taxes | 4a. | $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ | **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ | **0.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ | **96.35** |

Debtor 1    **Nettie L. Clark**                                    Case number (if known)    **2:18-bk-19439-NB**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 120.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 130.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 180.00 |
| | 6d. | Other. Specify:    Home maintenance | 6d. $ | 50.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 300.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 60.00 |
| 10. | **Personal care products and services** | | 10. $ | 70.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 20.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | 40.00 |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 50.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | 19. $ | |
| | Specify: | | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 2,821.26 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 2,821.26 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,891.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 2,821.26 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 1,069.74 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1    **Nettie L. Clark**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **2:18-bk-19439-NB**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Nettie L. Clark    X _____
Nettie L. Clark    by her daughter, Alisa Clark,    Signature of Debtor 2
Signature of Debtor 1    next friend per FRBP1004.1

Date   August 31, 2018    Date _____

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nettie L. Clark** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 2:18-bk-19439-NB |
| (if known) | |

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.    **What is your current marital status?**

☐  Married
■  Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■  No
☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property
states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Nettie L. Clark**                                  Case number *(if known)*   **2:18-bk-19439-NB**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $19,536.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $35,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social security | $3,128.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | Social security | $4,692.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | Social security | $4,692.00 | | |

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ■ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Nettie L. Clark** | Case number *(if known)* | **2:18-bk-19439-NB** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- ☑ No
- ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ☑ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☑ No
- ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☑ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☑ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Debtor 1    **Nettie L. Clark**                                                          Case number *(if known)*    **2:18-bk-19439-NB**

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Holy Cross<br>Los Angeles, CA | $1200 cash | Last 2 years | $1,200.00 |

### Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Michael Chekian, Esq.<br>Michael Chekian, Esq.<br>Chekian Law Office<br>11400 W. Olympic Blvd. #200<br>Los Angeles, CA 90064<br>mike@cheklaw.com<br>Debtor's daughter | $2,000 plus filing fee | August 2018 | $2,310.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1    **Nettie L. Clark**    Case number *(if known)*    **2:18-bk-19439-NB**

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Alisa Clark**<br>**(same as Debtor)**<br><br>Daughter | **Transferred one half interest in home at 3436 and 3436 1/2 8th Avenue Los Angeles** | **None** | **2017** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Bank of America**<br>**Bank of America**<br>**P.O. Box 53132**<br>**Phoenix, AZ 85072-3132** | **Debtor only -to be closed sooon** | **Misc. paperwork and jewelry** | ☐ No<br>☑ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Debtor 1    **Nettie L. Clark**    Case number *(if known)*    **2:18-bk-19439-NB**

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ **No. None of the above applies.  Go to Part 12.**

    ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN |
|---|---|---|
| **Clark's Probation**<br>**and Nettie Clark Foster Home**<br>**(same as home address)** | **Probation home for boys**<br><br>**Cythia Jackson** | **EIN:     Same as SSN**<br>**From-To    1984-2017** |

---

Debtor 1    **Nettie L. Clark**                                    Case number *(if known)*    **2:18-bk-19439-NB**

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ☐ **No**
    ■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Seterus and Keep Your Home<br>California<br>Address-See Sched. D** | **Within past 2 years** |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Nettie L. Clark  *Alisa Clark*                          _____
**Nettie L. Clark**      by her daughter, Alisa      **Signature of Debtor 2**
Signature of Debtor 1    Clark, next friend per FRBP 1004-1

Date   August 27, 2018 _____        Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael F. Chekian, Esq. SBN 165026**<br>**Chekian Law Office, Inc.**<br>**11400 W. Olympic Blvd., #200**<br>**Los Angeles, CA 90064-1584**<br>**(Voice) 310 390 5529 Fax: (Facsimile) 310 451 0739**<br>**165026 CA**<br>**(email) mike@cheklaw.com** | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Nettie L. Clark**<br><br><br><br><br><br><br>    Debtor(s). | CASE NUMBER: **2:18-bk-19439-NB**<br><br>CHAPTER 13 |
|---|---|
| | **RIGHTS AND RESPONSIBILITIES AGREEMENT BETWEEN DEBTOR AND ATTORNEY FOR DEBTOR IN A CHAPTER 13 CASE (RARA)**<br><br>**[LBR 3017-1(v)]** |

**TO DEBTOR (INCLUDING BOTH DEBTOR 1 AND DEBTOR 2 IF THIS IS A JOINT CASE)**:

It is important for a Debtor who files a Chapter 13 bankruptcy case to understand his or her rights and responsibilities. It is also important for a Debtor to know what the attorney's responsibilities are and to communicate carefully with the attorney to make the case successful. A Debtor is also entitled to expect certain services to be performed by the attorney. In order to assure that Debtor and the attorney understand their rights and responsibilities in the Chapter 13 process, the following rights and responsibilities have been adopted by the court. The signatures below indicate that the responsibilities outlined in the agreement have been accepted by Debtor(s) and the attorney. Nothing in this agreement is intended to modify, enlarge or abridge the rights and responsibilities of a "debt relief agency," as that term is defined and used in 11 U.S.C. § 101, et seq.

Once an attorney is retained to represent a Debtor in a Chapter 13 case, the attorney is responsible for representing Debtor on all matters arising in the case, other than adversary proceedings, unless otherwise ordered by the court. (Once retained, the attorney is referred to as Attorney for Debtor, or Attorney.) Attorney may not withdraw absent consent of Debtor for withdrawal or substitution of counsel and/or approval by the court of a motion for withdrawal or substitution of counsel considered after notice and a hearing. When appropriate, Attorney may apply to the court for compensation additional to the maximum initial fees set forth below in this agreement.

## BEFORE THE CASE IS FILED, DEBTOR AGREES TO:

| "Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.<br>"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court |
|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.    Discuss with Attorney why the case is being filed.

2.    Timely provide Attorney with accurate information, financial and otherwise.

3.    Timely provide Attorney with all documentation requested by Attorney, including but not limited to, true and correct copies of the following documents*

　　a.    Certificate of Credit Counseling, together with the debt repayment plan, if any, prepared by the nonprofit budget and credit counseling agency that provided individual counseling services to Debtor prior to bankruptcy.

　　b.    Proof of income from all sources received during the period of six (6) months before the date of the filing of the petition, including but not limited to paycheck stubs, Social Security statements, worker's compensation, rental, pension, disability, and self-employment income, and other payment advices. For businesses, Debtor should provide report(s) disclosing monthly income and expenses for the period of 6 months before the date of the filing of the bankruptcy petition for businesses with annualized gross income of less than $120,000 and 12 months of monthly income and expenses for businesses with annualized gross income of $120,000 or more.

　　c.    Proof of ability to pay from any person contributing financial assistance to Debtor in the case, including a declaration with copies of paystubs or other deposits or checks to show the person's ability to make the contribution.

　　d.    Federal and state income tax returns, or transcripts of such returns, for the most recent tax year ending immediately before the commencement of the case.

　　e.    Proof of debtor's identity, including a driver's license, passport, or other document containing a photograph of Debtor. Also proof of Debtor's Social Security number or Individual Tax Identification Number (ITIN).

　　f.    A record of Debtor's interest, if any, in an educational individual retirement account or under a qualified State tuition program.

　　g.    The name, address and telephone number of any person to whom Debtor owes back child or spousal support, the name, address and telephone number of any person to whom Debtor makes current child or spousal support payments and all supporting documents for the child or spousal support payments. Examples of supporting documents are a court order, declaration of voluntary support payments, separation agreement, marital dissolution or divorce decree and a property settlement agreement.

　　h.    Insurance policies owned by Debtor, including homeowner's insurance, business insurance, automobile insurance, fire insurance, flood insurance, earthquake insurance, and credit life insurance.

　　*    All documents submitted to Attorney must be copies as the documents will not be returned to Debtor.

## AFTER THE CASE IS FILED, DEBTOR AGREES TO:

1.    Timely make the required monthly payments.

2.    Comply with the Chapter 13 rules and procedures.

3.    Keep the Chapter 13 Trustee and Attorney informed of Debtor's current address and telephone number, and Debtor's employment status.

4.    Sign a payroll deduction order, if one is required.

5.    Inform Attorney of any change in Debtor's marital status, the commencement of any child support or spousal support obligation, or a change in any existing child support or spousal support obligation.

6.    Inform Attorney of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                Page 2                                **F 3015-1.7.RARA**

7.    Contact Attorney promptly if Debtor loses his or her job, encounters other new or unexpected financial problems, if Debtor's income increases, or if Debtor receives, or learns of the right to receive, money or other proceeds of an inheritance or legal action.

8.    Timely inform Attorney of any change in a creditor's address or payment amount.

9.    Keep records of all mortgage, vehicle and personal property payments made to all secured creditors during the case.

10.    Provide Attorney with any federal tax returns or transcripts requested pursuant to 11 U.S.C. § 521(f).

11.    Contact Attorney promptly if Debtor is sued during the case or if Debtor commences a lawsuit or intends to settle any dispute.

12.    Inform Attorney if any tax refunds to which Debtor is entitled are seized or not received when expected by Debtor from the IRS or Franchise Tax Board.

13.    Contact Attorney promptly before buying, refinancing, or selling real property, and before incurring substantial additional debt such as for the purchase of a car.

14.    Pay directly to Attorney any court filing fees.

15.    Cooperate with Attorney to identify and preserve electronically stored information (ESI).

**BEFORE THE CASE IS FILED, ATTORNEY AGREES TO PROVIDE AT LEAST THE FOLLOWING LEGAL SERVICES FOR THE BASE FEE AGREED TO WITH DEBTOR:**

As used herein, the term "Personally" means that the described service must be performed only by an attorney who is a member in good standing of the State Bar of California and admitted to practice before this court. The service must not be performed by a non-attorney even if such individual is employed by the attorney and under the direct supervision and control of such attorney.

**1.    Personally meet with Debtor to review Debtor's assets, liabilities, income, and expenses.**

**2.    Personally counsel Debtor regarding the advisability of filing either a Chapter 13 or a Chapter 7 bankruptcy case, discuss both procedures with Debtor, and answer Debtor's questions.**

**3.    Personally review with Debtor the completed bankruptcy petition, plan, statements, and schedules, as well as all amendments thereto, whether filed with the petition or later.**

**4.    Personally explain to Debtor that Attorney is being engaged to represent Debtor on all matters arising in the case, as required by Local Bankruptcy Rule 3015-1(t).**

**5.    Personally explain to Debtor how and when Attorney's fees and expenses and the Chapter 13 Trustee's fees are determined and paid, and provide an executed copy of this RARA document to Debtor.**

**6.    Timely prepare and file the Debtor's bankruptcy petition, plan, statements, schedules, and required documents and certificates.**

**7.    Explain to Debtor and confirm in writing which payments must be made directly to creditors by Debtor and which payments will be made through Debtor's Chapter 13 plan, with particular attention to mortgage and vehicle loan or lease payments.**

**8.    Explain to Debtor and confirm in writing how, when, and where to make the Chapter 13 plan payments.**

**9.    Explain to Debtor how, when, and where to make postpetition mortgage, mobile home, manufactured home, and vehicle loan and lease payments and confirm this information in writing.**

**10.    Advise Debtor of the necessity to maintain appropriate insurance, including homeowner's insurance and**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                              Page 3                              **F 3015-1.7.RARA**

liability, collision and comprehensive insurance on vehicles securing loans or leases.

11.    Meet with Debtor to determine the scope of Debtor's duty to preserve electronically stored information (ESI) and to take reasonable steps (proportionate to the needs of the case) to identify and preserve potentially relevant ESI.

**AFTER THE CASE IS FILED, ATTORNEY AGREES TO PROVIDE AT LEAST THE FOLLOWING LEGAL SERVICES WHICH ARE COVERED BY THE BASE FEE AGREED TO WITH DEBTOR:**

1.    Advise Debtor of the requirement to attend the 11 U.S.C. § 341(a) meeting of creditors, and instruct Debtor as to the date, time, and place of the meeting. In a joint bankruptcy case, inform Debtor that both spouses must appear.

2.    Inform Debtor that Debtor must be punctual for the 11 U.S.C. § 341(a) meeting of creditors. "Punctual" means that Attorney and Debtor(s) must be present on time for check-in. After checking in, if Attorney finds it necessary to request "second [calendar] call," the attorney and Debtor(s) must be present for examination before the end of the calendar.

3.    Attend the 11 U.S.C. § 341(a) meetings and any court hearing, either personally or through another attorney from Attorney's firm or through an appearance attorney who has been adequately briefed on the case.

4.    Advise Debtor if an appearance attorney will appear on Debtor's behalf at the 11 U.S.C. §341(a) meeting or any court hearing, and explain to Debtor in advance, if possible, the role and identity of the appearance attorney. In any event, Attorney is responsible to prepare adequately the appearance attorney in a timely fashion and to furnish the appearance attorney with all necessary documents, hearing notes, and other necessary information in sufficient time to allow for review of such information and proper representation of Debtor.

5.    Timely serve the plan and mandatory notice on all creditors.

6.    Timely – seven (7) days prior to the first scheduled 11 U.S.C. §341(a) meeting of creditors - submit to the Chapter 13 Trustee properly documented proof of all sources of income for Debtor, including business reports and supporting documentation required by Local Bankruptcy Rules.

7.    Timely respond to objections to plan confirmation and, where necessary, prepare, file, and serve an amended plan.

8.    Timely prepare, file, and serve any necessary amended statements and schedules and any change of address, in accordance with information provided by Debtor.

9.    Monitor all incoming case information throughout the case (including, but not limited to, Order Confirming Plan, Notice of Intent to Pay Claims, and the Chapter 13 Trustee's status reports) for accuracy and completeness. Contact the Chapter 13 Trustee promptly regarding any discrepancies.

10.    Review the claims register after expiration of the period during which claims may be timely filed.

11.    Review the Chapter 13 Trustee's notice of intent to pay claims after entry of a plan confirmation order.

12.    Timely prepare and file Debtor's Certificate of Compliance under 11 U.S.C. §1328(a) and Application for Entry of Discharge (F 3015-1.8.DISCHARGE.APPLICATION)

AFTER THE CASE IS FILED, ATTORNEY IS RESPONSIBLE FOR PROVIDING THE FOLLOWING SERVICES AND MAY REQUEST APPROVAL OF ADDITIONAL COMPENSATION FOR THESE SERVICES FROM THE COURT:

13.    File objections to improper or invalid claims, when appropriate.

14.    Prepare and file a proof of claim, when appropriate, if a creditor fails to do so.

15.    Prepare, file, and serve timely motions to modify the plan after confirmation, when necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 4                                    **F 3015-1.7.RARA**

16.     Prepare, file, and serve motions to buy, sell, or refinance real or other property, when appropriate.

17.     Prepare, file, and serve any other motion that may be necessary to appropriately represent Debtor in the case, including but not limited to, motions to impose or extend the automatic stay.

18.     Timely respond to all motions filed by the Chapter 13 Trustee, and represent Debtor in response to all other motions filed in the case, including but not limited to, motions for relief from stay.

19.     When appropriate, prepare, file, and serve motions to avoid liens on real or personal property, and motions to value the collateral of secured creditors.

20.     Be available to respond to Debtor's questions throughout the term of the plan, and provide such other legal services as are necessary for the administration of the case before the bankruptcy court.

21.     Represent Debtor at a discharge hearing, if required.

22.     If a response to a Notice of Final Cure Payment is filed by a secured creditor and the response shows post-petition delinquencies, Attorney must contact Debtor and determine whether Debtor agrees with the Notice as filed by the Creditor. If Debtor disagrees, Attorney must file a motion for determination of final cure and payment under the provisions of FRBP 3002.1(h).

23.     If not representing Debtor in adversary proceedings, confirm this fact in writing and refer Debtor to at least one attorney qualified to assist Debtor in any adversary proceeding filed in the case.

**ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND COSTS:**

The guidelines of this court for allowance and payment of attorneys' fees and related expenses incurred for performing the services in Chapter 13 cases which are to be included in the Base Fee without a detailed fee application provide for the following maximum Base Fee: $6,000 (excluding the petition filing fee and with a maximum of $5,000 to be paid prior to Plan confirmation) in cases where Debtor is engaged in a business; or $5,000 (excluding the petition filing fee) in all other cases. In this case, the parties agree that the Base Fee (excluding the petition filing fee) will be $__5,000.00__.

If Attorney performs tasks on behalf of Debtor for which Additional Fees may be awarded, Attorney may apply to the court for such Additional Fees and costs, but such applications will be reviewed by both the Chapter 13 Trustee and the court. Attorney agrees to charge for such additional services at the rate of $__375__ per hour. Attorney agrees to give Debtor written notice of any change in the hourly rate prior to rendering additional services. Alternatively, Attorney may charge a reasonable flat fee for some specified service(s) consistent with § 2.9 of the Court Manual. In either event, Attorney must disclose to the court in the fee application any fees paid or costs reimbursed by Debtor and the source of those payments. Any fees received directly from Debtor must be deposited in the attorney's client trust account until a fee application is approved by the court.

If Debtor disputes the legal services provided or the fees or costs charged by the attorney, Debtor may file an objection with the court and request a hearing. Should the representation of Debtor create a hardship, Attorney may seek a court order allowing Attorney to withdraw from the case. Debtor may discharge Attorney at any time.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                              Page 5                              **F 3015-1.7.RARA**

*******IMPORTANT******

**BY SIGNING THIS** (*name of Debtor(s)*)    Nettie L. Clark
**AGREES THAT ATTORNEY** (*name of Attorney*)    Michael F. Chekian, Esq. SBN 165026
**WILL RECEIVE A BASE FEE OF** (*amount*) $    5,000.00    **AND** (*amount*) $  375.00
**PER HOUR FOR ANY EXTRA WORK.**

<u>Debtor's Signature</u>. Debtor's signature below certifies that Debtor has read, understands and agrees to the best of his or her ability to carry out the terms of this agreement, agrees to the scope of this agreement, and has received a signed copy of this agreement.

<u>Attorney's Signature</u>. Attorney's signature below certifies that before the case was filed, Attorney personally met with, counseled, and explained the foregoing matters to Debtor and verified the number and status of any prior bankruptcy case(s) filed by Debtor or any related entity, as set forth in Local Bankruptcy Rule 1015-2. This RARA agreement does not constitute the written fee agreement contemplated by the California Business & Professions Code.

/s/ Nettie L. Clark
Signature of Debtor 1    by her daughter, Alisa Clark,
next friend per FRBP 1004.1

August 27, 2018
Date

Date

Signature of Debtor 2

Date

/s/ Michael F. Chekian, Esq. SBN
Signature of Attorney

August 27, 2018
Date

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017    Page 6    F 3015-1.7.RARA
38

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Nettie L. Clark**
_____
Debtor(s)

Case No.  **2:18-bk-19439-NB**

Chapter  **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **3,000.00** |

2.  $ **310.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor  ■ Other (specify):  **Debtor's daughter**

4.  The source of compensation to be paid to me is:

☐ Debtor  ■ Other (specify):  **Debtor's daughter**

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Basic services as provided for in "Rights and Responsibilities Agreement" filed with the court.  Work required to establish next friend status of daughter of Debtor.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **No additional services.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 29, 2018**
_____
*Date*

**/s/ Michael F. Chekian, Esq. SBN**
**Michael F. Chekian, Esq. SBN 165026**
*Signature of Attorney*
**Chekian Law Office, Inc.**
**11400 W. Olympic Blvd., #200**
**Los Angeles, CA 90064-1584**
**(Voice) 310 390 5529   Fax: (Facsimile) 310 451 0739**
**(email) mike@cheklaw.com**
*Name of law firm*

| Fill in this information to identify your case: | Check as directed in lines 17 and 21: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    **Nettie L. Clark**

Debtor 2 \
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number   **2:18-bk-19439-NB** \
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:   Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married**. Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $    **0.00** | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $    **0.00** | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $    **0.00** | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $   **0.00** | | |
| Ordinary and necessary operating expenses | -$   **0.00** | | |
| Net monthly income from a business, profession, or farm $   **0.00** | **Copy here ->** $ | **0.00** | $ |

6. **Net income from rental and other real property**   Debtor 1

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $   **0.00** | | |
| Ordinary and necessary operating expenses | -$   **0.00** | | |
| Net monthly income from rental or other real property $   **0.00** | **Copy here ->** $ | **0.00** | $ |

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 1**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Nettie L. Clark**                                      Case number *(if known)*    **2:18-bk-19439-NB**

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .......................................................... $         0.00

For your spouse ......................................... $

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| _____ | $ 0.00 | $ |
| _____ | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 0.00   +   $   =   $ 0.00

Total average monthly income

---

**Part 2:**    Determine How to Measure Your Deductions from Income

---

12. **Copy your total average monthly income from line 11.**    $ 0.00

13. **Calculate the marital adjustment. Check one:**

■ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | |
|---|---|
| _____ | $ |
| _____ | $ |
| _____ | + $ |
| Total | $ 0.00 |

Copy here=>   -   0.00

14. **Your current monthly income.** Subtract line 13 from line 12.    $ 0.00

15. **Calculate your current monthly income for the year.** Follow these steps:

15a.    Copy line 14 here=>    $ 0.00

Multiply line 15a by 12 (the number of months in a year).    x 12

15b.    The result is your current monthly income for the year for this part of the form. ...........................................    $ 0.00

---

Official Form 122C-1        **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**        **page 2**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Nettie L. Clark**                                          Case number (if known)   **2:18-bk-19439-NB**

16. **Calculate the median family income that applies to you.** Follow these steps:

   16a. Fill in the state in which you live.                          **CA**

   16b. Fill in the number of people in your household.              **1**

   16c. Fill in the median family income for your state and size of household.                    $   **54,787.00**
   To find a list of applicable median income amounts, go online using the link specified in the separate
   instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

   17a. ■  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

   17b. ☐  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3:**    **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)**

18. Copy your total average monthly income from line 11 .                    $          **0.00**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you
   contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your
   spouse's income, copy the amount from line 13.                                          –$          **0.00**

   19a. If the marital adjustment does not apply, fill in 0 on line 19a.

   19b. **Subtract line 19a from line 18.**                                          $          **0.00**

20. **Calculate your current monthly income for the year.** Follow these steps:

   20a. Copy line 19b                                                               $          **0.00**

   Multiply by 12 (the number of months in a year).                                 x  **12**

   20b. The result is your current monthly income for the year for this part of the form                 $          **0.00**

   20c. Copy the median family income for your state and size of household from line 16c                 $      **54,787.00**

21. **How do the lines compare?**

   ■  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

   ☐  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

**Part 4:**    **Sign Below**

   By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

   X  /s/ Nettie L. Clark   *Alisa Clark*   by her daughter, Alisa Clark,
      Nettie L. Clark                        next friend per FRBP 1004.1
      Signature of Debtor 1

   Date  August 27, 2018
       MM / DD / YYYY

   If you checked 17a, do NOT fill out or file Form 122C-2.

   If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Michael F. Chekian, Esq. SBN 165026**<br>**11400 W. Olympic Blvd., #200**<br>**Los Angeles, CA 90064-1584**<br>**(Voice) 310 390 5529 (Facsimile) 310 451 0739**<br><br>**(email) mike@cheklaw.com** | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        Nettie L. Clark<br><br><br><br><br><br><br><br>                                          Debtor(s). | CASE NO.: 2:18-bk-19439-NB<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>**[11 U.S.C. § 521(a)(1)(B)(iv)]** |
| | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

     **During the 60-day period before the Petition Date** (Check only ONE box below):

     ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

     ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: August 27, 2018         Nettie L. Clark                     /s/ Nettie L. Clark
                              Printed name of Debtor 1            Signature of Debtor 1
                                                                 by her daughter, Alisa Clark, next
                                                                 friend per FRBP 1004.1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                                    F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                    Printed name of Debtor 2         Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                      Page 2                          **F 1002-1.EMP.INCOME.DEC**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No., and Email Address: | FOR COURT USE ONLY |
|---|---|
| **Michael F. Chekian, Esq. SBN 165026**<br>**Chekian Law Office, Inc.**<br>**11400 W. Olympic Blvd., #200**<br>**Los Angeles, CA 90064-1584**<br>**(Voice) 310 390 5529  (Facsimile) 310 451 0739**<br><br>**(email) mike@cheklaw.com** | |

☐ *Individual appearing without attorney*
☑ *Attorney for:*  **Debtor**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Nettie L. Clark** | CASE NO.: **2:18-bk-19439-NB** |
|---|---|
| | CHAPTER: 13 |
| | **DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS[1] (PRECONFIRMATION)** |
| | Next Meeting of Creditors<br>Date:  **Sept. 21, 2018**      Time:  **11:00 a.m.**<br>Next Confirmation Hearing |
| Debtor(s). | Date:  **Oct. 25, 2018**      Time:  **9:30 a.m.** |

***Instructions:*** *In a joint case, both debtors must answer and sign.  This declaration must be filed with the court and served upon the chapter 13 trustee not later than 7 days before the first scheduled §341(a) meeting of creditors.  If necessary, further declarations must be filed on or before the date of each hearing on confirmation of the Debtor's plan.  Check the appropriate boxes.*

I, **Nettie L. Clark**,  *(Debtor's name(s)),* hereby declare:

Tax Returns:

| Debtor | Joint Debtor | |
|---|---|---|
| ☑ | ☐ | I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. §1308. |
| ☐ | ☐ | I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. §1308. I have not filed the following return(s) for the following years[2]. |

|  Year | Taxing Authority (federal, state, or local) | Proposed Date for Filing Return |
|---|---|---|

---
[1] The term "domestic support obligation" is defined in 11. U.S.C. §101(14A.)
[2] Attach additional pages as necessary.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                   **F3015-1.08.DEC.TAX.DSO**

_____    _____                        _____

☐    ☐    I am not required to file federal, state, or local tax returns because: _____

<u>Domestic Support Obligations</u>

Debtor    Joint
Debtor

☑    ☐    I do not owe any domestic support obligations.

☐    ☐    As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition.

☐    ☐    No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above.

☐    ☐    As of the date of this declaration, I have paid NOT all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. I am delinquent on the following post-filing payments:

_____

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

August 27, 2018          Nettie L. Clark                      /s/ Nettie L. Clark    *Alisa Clark*
Date                          Debtor's Name                      Debtor's Signature
                                                            by her daughter, Alisa Clark,
                                                            next friend per FRBP 1004.1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                          60                          F3015-1.08.DEC.TAX.DSO

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael F. Chekian, Esq. SBN 165026<br>Chekian Law Office, Inc.<br>11400 W. Olympic Blvd., #200<br>Los Angeles, CA 90064-1584<br>(Voice) 310 390 5529 (Facsimile) 310 451 0739<br><br>(email) mike@cheklaw.com | |

☐ Individual appearing without an attorney
☑ Attorney for: **Debtor**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:
**Nettie L. Clark,**

CASE NO.: **2:18-bk-19439-NB**

CHAPTER: **13**

## DECLARATION OF CONTRIBUTION TO CHAPTER 13 PLAN

**[LBR 3015-1(c)(3)]**

Debtor(s).

1. I,    **Alisa Clark**                        , (Contributor) will contribute $ ~~X,XXX~~ 3,500
   (Contribution) every month to the Debtor and I will continue to make this Contribution each month that the Debtor remains in bankruptcy, which may be up to 5 years.

2. My relationship to the Debtor is:    **daughter**

3. My reason for making this Contribution
   is:    **I am the co-owner of Debtor's home and we want to keep it.**

4. The source of my Contribution is:    **earnings from working.**

5. Proof of my income for the past 60 days is attached.

6. I have the financial ability to make this contribution in addition to paying my own separate monthly expenses and obligations.

7. I do not foresee any change in my financial circumstances that will inhibit my ability to make this Contribution for the duration of the Debtor's Chapter 13 Plan, which may last for 5 years.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed
at    **Los Angeles**   , **California**     on (date)   August 21, 2018                .

| **Alisa Clark** | /s/ Alisa Clark |
| **Printed name of Contributor** | **Signature of Contributor** |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 1        **F 3015-1.09.DEC.CONTRIBUTION**

**62**

# CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 06, 2018 through July 05, 2018
Account Number: XXXXXXXXXXX

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00058106 DRE 703 219 16718 NNNNNNNNNN  1 000000000 03 0000
ALISA M CLARK
OR NETTIE LEE CLARK
3436 8TH AVE
LOS ANGELES CA 90018-3307



## CHECKING SUMMARY    Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | -$1,118.34 |
| Deposits and Additions | 9,672.63 |
| Checks Paid | -223.03 |
| ATM & Debit Card Withdrawals | -4,328.71 |
| Electronic Withdrawals | -4,714.15 |
| Fees | -331.00 |
| **Ending Balance** | **-$1,042.60** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | S0.01 |
| Interest Paid Year-to-Date | S0.18 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1240 ^ | 06/12 | $223.03 |
| **Total Checks Paid** | | **$223.03** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | -$1,118.34 |
| 06/08 | Card Purchase Return   06/08 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7131 | 64.99 | -1,053.35 |
| 06/08 | Card Purchase Return   06/08 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 0124 | 22.98 | -1,030.37 |
| 06/08 | LA Unif Sch Dist Payroll       PPD ID: 1956001908 | 1,118.81 | 88.44 |
| 06/11 | Card Purchase With Pin  06/09 Costco Whse #0769 Inglewood CA Card 7131 | -145.59 | -57.15 |
| 06/11 | Card Purchase With Pin  06/09 Target T- 3535 S LA Ci Los Angeles CA Card 7131 | -120.07 | -177.22 |

*returns* (handwritten)

*Payroll LAUSD* (handwritten)

Page 1 of 6

**CHASE** ⬡

June 06, 2018 through July 05, 2018
Account Number: XXXXXXXXXXXX

| TRANSACTION DETAIL | *(continued)* |
|---|---|

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 06/11 | Recurring Card Purchase 06/08 LA Fitness 949-255-7200 CA Card 3548 | -59.98 | -237.20 |
| 06/11 | Insufficient Funds Fee For A $145.59 Card Purchase With Pin - Details: 5027830609Costco Whse #0769 Inglewood CA    04833160177687131 05 | -34.00 | -271.20 |
| 06/11 | Insufficient Funds Fee For A $120.07 Card Purchase With Pin - Details: 0609Target T- 3535 S LA Ci Los Angeles CA04833160177687131 05 | -34.00 | -305.20 |
| 06/11 | Insufficient Funds Fee For A $59.98 Recurring Card Purchase - Details: 0608LA Fitness 949-255-7200 CA    04411037131933548 01 | -34.00 | -339.20 |
| 06/12 | Card Purchase With Pin  06/12 Ark Animal Hospital Los Angeles CA Card 7131 | -81.50 | -420.70 |
| 06/12 | Check        # 1240 | -223.03 | -643.73 |
| 06/12 | Insufficient Funds Fee For A $81.50 Card Purchase With Pin - Details: 0612Ark Animal Hospital Los Angeles CA  04833160177687131 05 | -34.00 | -677.73 |
| 06/12 | Insufficient Funds Fee For Check #1240 IN The Amount of $223.03 | -34.00 | -711.73 |
| 06/15 | LA County        PA/Vendor        PPD ID: 6956000927 | 3,048.00 | 2,336.27 |
| 06/15 | LA County        PA/Vendor        PPD ID: 6956000927 | 3,014.00 | 5,350.27 |
| 06/15 | LA County        PA/Vendor        PPD ID: 6956000927 | 1,524.00 | 6,874.27 |
| 06/15 | 06/15 Payment To Chase Card Ending IN 0251 | -440.00 | 6,434.27 |
| 06/15 | ATM Withdrawal        06/15 3738 Crenshaw Blvd Los Angeles CA Card 7131 | -1,000.00 | 5,434.27 |
| 06/15 | Card Purchase With Pin  06/15 Pbc Inc Carson CA Card 7131 | -50.00 | 5,384.27 |
| 06/15 | Progressivelease Pmts        PPD ID: 1460858540 | -428.80 | 4,955.47 |
| 06/18 | Card Purchase        06/15 Jamba Juice 0814 Qar Carson CA Card 7131 | -5.04 | 4,950.43 |
| 06/18 | Card Purchase        06/15 Kp Rx01770 Harbor City CA Card 7131 | -54.31 | 4,896.12 |
| 06/18 | Card Purchase        06/15 Edible Arrangements 263 Torrance CA Card 7131 | -19.00 | 4,877.12 |
| 06/18 | Card Purchase        06/16 Google *Genera Mobil G.CO/Helppay# CA Card 7131 | -19.99 | 4,857.13 |
| 06/18 | Card Purchase        06/16 Google *Cookapps G.CO/Helppay# CA Card 7131 | -19.99 | 4,837.14 |
| 06/18 | Card Purchase        06/16 Grubhub*Phatdaddys Grubhub.Com NY Card 7131 | -15.69 | 4,821.45 |
| 06/18 | Card Purchase        06/15 Domino's 8282 941-305-5357 CA Card 7131 | -19.95 | 4,801.50 |
| 06/18 | Card Purchase        06/16 Paypal 402-935-7733 CA Card 7131 | -20.00 | 4,781.50 |
| 06/18 | ATM Withdrawal        06/16 3738 Crenshaw Blvd Los Angeles CA Card 7131 | -500.00 | 4,281.50 |
| 06/18 | Card Purchase        06/16 Acceptancenow #6698 800-422-8186 CA Card 7131 | -267.68 | 4,013.82 |
| 06/18 | Card Purchase With Pin  06/17 Arco #42186 Los Angeles CA Card 3548 | -25.39 | 3,988.43 |
| 06/18 | Card Purchase        06/18 Google *Genera Mobil G.CO/Helppay# CA Card 7131 | -9.99 | 3,978.44 |
| 06/18 | Vz Wireless Vw  Vzw Webpay 5841912        Web ID: 0000751800 | -500.00 | 3,478.44 |
| 06/18 | Onemain        Loan Pymnt        PPD ID: 9300365400 | -387.59 | 3,090.85 |
| 06/18 | Primerica Life  Ins Prem        PPD ID: 1041590590 | -87.32 | 3,003.53 |
| 06/19 | Card Purchase        06/18 Orc*Credit One 877-8253242 NV Card 7131 | -109.95 | 2,893.58 |
| 06/19 | Card Purchase        06/18 Orc*Credit One 877-8253242 NV Card 7131 | -209.95 | 2,683.63 |
| 06/19 | Card Purchase        06/18 Margaritaville Universal Cit CA Card 7131 | -176.51 | 2,507.12 |
| 06/19 | Card Purchase With Pin  06/19 Arco #63184 San Pedro CA Card 3548 | -20.38 | 2,486.74 |
| 06/19 | Card Purchase With Pin  06/19 Ikea Burbank Burbank CA Card 7131 | -111.51 | 2,375.23 |
| 06/19 | Card Purchase With Pin  06/19 Hobbylobby 641 N. Vict Burbank CA Card 7131 | -84.38 | 2,290.85 |
| 06/19 | Asa Insurance  Payment        PPD ID: 1950865765 | -511.10 | 1,779.75 |

*(handwritten left margin: Foster Care)*

Page 2 of 6

**CHASE** ◯

June 06, 2018 through July 05, 2018
Account Number:    XXXXXXXXXXXXX

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 06/19 | Specialfinancing Purchase        PPD ID: 3383693141 | -311.76 | 1,467.99 |
| 06/19 | Comenity Pay VI  Phone Pymt P18188634431957 Tel ID: 1133163498 | -150.00 | 1,317.99 |
| 06/19 | Bk of Am Crd ACH Paybyphone        PPD ID: 3001190310 | -100.00 | 1,217.99 |
| 06/19 | Comenity Pay Ot  Phone Pymt P18186634338636 Tel ID: 1133163498 | -50.00 | 1,167.99 |
| 06/20 | Card Purchase        06/19 Kp Rx01784 Los Angeles CA Card 7131 | -54.16 | 1,113.83 |
| 06/20 | Card Purchase W/Cash   06/20 Albertsons Store  4131 Los Angeles CA Card 3548   Purchase $56.45 Cash Back $20.00 | -76.45 | 1,037.38 |
| 06/20 | ATM Withdrawal        06/20 920 Sepulveda Blvd Harbor City CA Card 7131 | -100.00 | 937.38 |
| 06/20 | Landmark LLC     Web Pay        PPD ID: 1222528268 | -300.00 | 637.38 |
| 06/20 | Comenity Pay VI  Phone Pymt P18170634780819 Tel ID: 1133163498 | -171.34 | 466.04 |
| 06/20 | Comenity Pay Ot  Phone Pymt P18170634680723 Tel ID: 1133163498 | -134.94 | 331.10 |
| 06/21 | Card Purchase        06/20 Panda Express 1562 Carson CA Card 7131 | -17.74 | 313.36 |
| 06/21 | Card Purchase With Pin  06/20 Food4Less 851 W.Sepulv Torrance CA Card 7131 | -36.11 | 277.25 |
| 06/22 | LA Unif Sch Dist Payroll        PPD ID: 1956001908 | 239.84 | 517.09 |
| 06/22 | Card Purchase With Pin  06/22 Smartnfinal470 Los Angeles CA Card 7131 | -67.53 | 449.56 |
| 06/22 | Card Purchase With Pin  06/22 Earlez Grille Los Angeles CA Card 3548 | -23.39 | 426.17 |
| 06/22 | ATM Withdrawal        06/22 13949 Ventura Blvd Sherman Oaks CA Card 7131 | -100.00 | 326.17 |
| 06/25 | ATM Cash Deposit        06/25 3738 Crenshaw Blvd Los Angeles CA Card 3548 | 20.00 | 346.17 |
| 06/25 | Deposit    970321713 | 500.00 | 846.17 |
| 06/25 | Card Purchase        06/22 Jack IN The Box 3377 Los Angeles CA Card 3548 | -5.67 | 840.50 |
| 06/25 | Card Purchase        06/22 Sq *Nature's Coolers Oakland Park FL Card 3548 | -8.40 | 832.10 |
| 06/25 | Card Purchase        06/22 Starbucks Store 05777 Sherman Oaks CA Card 7131 | -30.00 | 802.10 |
| 06/25 | Card Purchase        06/22 Queen of Down Home Sou Los Angeles CA Card 7131 | -20.10 | 782.00 |
| 06/25 | Card Purchase        06/22 Little Caesars 5949 Los Angeles CA Card 7131 | -27.38 | 754.62 |
| 06/25 | Card Purchase With Pin  06/23 Footaction 57373 Los Angeles CA Card 3548 | -43.79 | 710.83 |
| 06/25 | Card Purchase With Pin  06/23 Cvs/Pharmacy #09 09582 Los Angeles CA Card 3548 | -37.89 | 672.94 |
| 06/25 | Card Purchase        06/23 Kp Rx01017 Harbor City CA Card 7131 | -2.46 | 670.48 |
| 06/25 | Card Purchase        06/23 Uber  *Trip Gs2Nu 800-592-8996 CA Card 3548 | -11.30 | 659.18 |
| 06/25 | Card Purchase        06/24 Uber  *Trip 6Futg 800-592-8996 CA Card 3548 | -5.00 | 654.18 |
| 06/25 | Card Purchase        06/24 Uber  *Trip 5Jvyf 800-592-8996 CA Card 3548 | -13.84 | 640.34 |
| 06/25 | Card Purchase With Pin  06/23 Costco Gas #1202 Torrance CA Card 7131 | -49.99 | 590.35 |
| 06/25 | Card Purchase        06/24 Google *Genera Mobil G.CO/Helppay# CA Card 7131 | -9.99 | 580.36 |
| 06/25 | Card Purchase        06/24 Google *Genera Mobil G.CO/Helppay# CA Card 7131 | -9.99 | 570.37 |
| 06/25 | Card Purchase        06/24 Uber  *Eats I5F7Z 800-592-8996 CA Card 3548 | -43.32 | 527.05 |
| 06/25 | Transfer To Sav Xxxxxx0887 | -500.00 | 27.05 |
| 06/25 | Recurring Card Purchase 05/24 Gamefly*Membership 888-986-6400 CA Card 3548 | -25.13 | 1.92 |
| 06/27 | Quickpay With Zelle Payment From Cameron Lynn 7260674478 | 120.00 | 121.92 |
| 06/28 | Card Purchase        06/26 Grubhub*Cream Grubhub.Com NY Card 7131 | -16.97 | 104.95 |
| 06/28 | Recurring Card Purchase 06/27 Netflix.Com Netflix.Com CA Card 3548 | -19.74 | 85.21 |

*(handwritten annotations in left margin:)*
Payroll — LAUSD
Cash Dep
repayment of loan



Page 3 of 6



**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

July 06, 2018 through August 03, 2018
Account Number:　XXXXXXXXXXXX

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00058016 DRE 703 219 21618 NNNNNNNNNNN 1 000000000 03 0000
ALISA M CLARK
OR NETTIE LEE CLARK
3436 8TH AVE
LOS ANGELES CA 90018-3307



## CHECKING SUMMARY  Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | -$1,042.60 |
| Deposits and Additions | 16,653.65 |
| Checks Paid | -2,482.00 |
| ATM & Debit Card Withdrawals | -7,276.68 |
| Electronic Withdrawals | -5,820.69 |
| Fees | -40.00 |
| **Ending Balance** | **-$10.32** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.20 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 3115 ^ | 07/27 | $200.00 |
| 3116 ^ | 07/23 | 1,282.00 |
| 3117 ^ | 07/24 | 1,000.00 |
| **Total Checks Paid** | | **$2,482.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | -$1,042.60 |
| 07/09 | Extended Overdraft Fee | | | -15.00 | -1,057.60 |
| 07/13 | LA County | PA/Vendor | PPD ID: 6956000927 | 3,048.00 | 1,990.40 |
| 07/13 | LA County | PA/Vendor | PPD ID: 6956000927 | 3,014.00 | 5,004.40 |
| 07/13 | LA County | PA/Vendor | PPD ID: 6956000927 | 1,524.00 | 6,528.40 |
| 07/13 | Transfer From Sav Xxxxxx0887 | | | 580.00 | 7,108.40 |
| 07/16 | Card Purchase | 07/13 Barts Carts Inc 310-8428266 CA Card 7131 | | -225.00 | 6,883.40 |

*Foster care* (handwritten annotation)

*repayment if a loan* (handwritten annotation)

Page 1 of 4

CHASE ❖

July 06, 2018 through August 03, 2018
Account Number: ✖✖✖✖✖✖✖✖✖✖✖✖

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|-------:|--------:|
| 07/16 | Card Purchase 7131 | 07/14 Mms Kaiserla 00316042 Los Angeles CA Card | -31.88 | 6,851.52 |
| 07/16 | Card Purchase 7131 | 07/14 Google *Genera Mobil G.CO/Helppay# CA Card | -19.99 | 6,831.53 |
| 07/16 | Card Purchase 7131 | 07/14 John's Village Cleaner Los Angeles CA Card | -16.25 | 6,815.28 |
| 07/16 | Card Purchase With Pin  07/14 7-Eleven Los Angeles CA Card 7131 | | -23.40 | 6,791.88 |
| 07/16 | ATM Withdrawal        07/15 1301 W Redondo Beach Blvd Gardena CA Card 7131 | | -500.00 | 6,291.88 |
| 07/16 | Card Purchase With Pin  07/15 Target T- 3535 S LA Ci Los Angeles CA Card 7131 | | -306.58 | 5,985.30 |
| 07/16 | Card Purchase W/Cash   07/16 7-Eleven Los Angeles CA Card 7131 Purchase $13.93 Cash Back $10.00 | | -23.93 | 5,961.37 |
| 07/16 | Progressivelease Pmts           PPD ID: 1460858540 | | -428.80 | 5,532.57 |
| 07/16 | Onemain      Loan Pymnt          PPD ID: 9300365400 | | -387.53 | 5,144.98 |
| 07/16 | Primerica Life  Ins. Prem        PPD ID: 1041590590 | | -87.32 | 5,057.66 |
| 07/17 | Card Purchase 7131 | 07/13 Cole Mens Wear & Tux 310-516-0072 CA Card | -124.00 | 4,933.66 |
| 07/17 | Card Purchase | 07/15 Reef, The Long Beach CA Card 7131 | -14.03 | 4,919.63 |
| 07/17 | Card Purchase | 07/15 Reef, The Long Beach CA Card 7131 | -11.03 | 4,908.60 |
| 07/17 | Card Purchase 7131 | 07/16 Acceptancenow #6698 800-422-8186 CA Card | -267.68 | 4,640.92 |
| 07/17 | Specialfinancing Purchase        PPD ID: 3383693141 | | -311.76 | 4,329.16 |
| 07/17 | Lendmark LLC   Web Pay          PPD ID: 1222528268 | | -300.00 | 4,029.16 |
| 07/18 | Card Purchase | 07/16 Speedy Cash 888-333-1360 KS Card 7131 | -425.87 | 3,603.29 |
| 07/18 | Card Purchase | 07/16 Speedy Cash 888-333-1360 KS Card 7131 | -300.00 | 3,303.29 |
| 07/18 | Aaa Insurance   Payment          PPD ID: 1950865765 | | -352.02 | 2,951.27 |
| 07/19 | Card Purchase Card 7131 | 07/17 Queen of Down Home Sou Los Angeles CA | -34.14 | 2,917.13 |
| 07/19 | Card Purchase | 07/19 Diamondsupp 402-935-7733 CA Card 7131 | -255.57 | 2,661.56 |
| 07/19 | Card Purchase With Pin  07/18 Tacos Los Carnales 2 Los Angeles CA Card 7131 | | -18.30 | 2,643.26 |
| 07/19 | 07/19 Payment To Chase Card Ending IN 0251 | | -600.00 | 2,043.26 |
| 07/20 | Card Purchase | 07/18 Tacos Los Carnales Los Angeles CA Card 7131 | -18.30 | 2,024.96 |
| 07/20 | Card Purchase 7131 | 07/19 Public Storage 27008 Los Angeles CA Card | -285.85 | 1,739.11 |
| 07/20 | Vz Wireless Vw   E Check   8992467      Tel ID: 0000751800 | | -600.00 | 1,139.11 |
| 07/23 | Wepay Sv9T      Wepay          PPD ID: 1043575881 | | 6,399.50 | 7,538.61 |
| 07/23 | LA Unif Sch Dist Payroll          PPD ID: 1956001908 | | 411.43 | 7,950.04 |
| 07/23 | Wepay Sv9T      Wepay          PPD ID: 1043575881 | | 231.84 | 8,181.88 |
| 07/23 | Wepay Sv9T      Wepay          PPD ID: 1043575881 | | 202.71 | 8,384.59 |
| 07/23 | Card Purchase 7131 | 07/21 Twc*Time Warner Cable 888-Twcable CA Card | -300.00 | 8,084.59 |
| 07/23 | Card Purchase | 07/20 Domino's 8282 941-305-5357 CA Card 7131 | -43.81 | 8,040.78 |
| 07/23 | Card Purchase With Pin  07/22 Albertsons Store  4131 Los Angeles CA Card 7131 | | -14.97 | 8,025.81 |
| 07/23 | Card Purchase 7131 | 07/23 Google *Digitallegen G.CO/Helppay# CA Card | -123.99 | 7,901.82 |
| 07/23 | Card Purchase With Pin  07/23 The Home Depot #1061 Los Angeles CA Card 7131 | | -343.60 | 7,558.22 |
| 07/23 | Check            # 3116 | | -1,282.00 | 6,276.22 |
| 07/23 | Card Purchase With Pin  07/23 Costco Whse #0769 Inglewood CA Card 7131 | | -643.59 | 5,632.63 |
| 07/24 | Check            # 3117 | | -1,000.00 | 4,632.63 |

*(handwritten notes in left margin)* Payroll LAUSD / fund raisin / money for my / son who died / July 14, 2018

Page 2 of 4