| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Michael F. Chekian, Esq. SBN 165026**<br>**Chekian Law Office, Inc.**<br>**11400 W. Olympic Blvd., #200**<br>**Los Angeles, CA 90064-1584**<br>**(Voice) 310 390 5529 (Facsimile) 310 451 0739**<br><br>**(email) mike@cheklaw.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for: Debtor* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br><br><br>Nettie L. Clark<br><br><br><br><br>Debtor(s). | CASE NO.: **2:18-bk-19439-NB**<br>CHAPTER: **13**<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) __Nettie L. Clark__, filed a motion or application (Motion) entitled __Motion For Appointment of Debtor's Next Friend, Alisa Clark, Per FRBP 1004.1; Declaration of Alisa Clark__.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☑ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry #_____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).
   a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

   b. If you fail to comply with this deadline:

      (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(2)  Movant will lodge an order that the court may use to grant the Motion; and

(3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: **September  5, 2018**

**/s/ Michael F. Chekian**
Signature of Movant or attorney for Movant

**Michael F. Chekian**
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11400 W. Olympic Blvd., Ste. 200, Los Angeles, CA  90064-1584

A true and correct copy of the foregoing document entitled (*specify*):    Notice of Opportunity To Request A Hearing on Motion and Motion for Appointment of Debtor's Next Friend, Alisa Clark, Per FRBP 1004.1; Declaration of Alisa Clark will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __9/5/2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Debtor Michael Chekian:  mike@cheklaw.com
Chapter 13 Trustee Kathy Dockery:  efiling@CH13LA.com
U.S. Trustee:  ustpregion16.la.ecf@usdoj.gov
Seterus, Inc., c/o Nichole Glowin:  nglowin@wrightlegal.net

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __9/5/2018_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor Nettie Clark
3436-3436 ½ 8th Avenue
Los Angeles, CA  90018

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/2017_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/5/2018 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**

Michael F. Chekian, Esq. (CA Bar No.165026)
Chekian Law Office, Inc.
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Attorney for Debtor Nettie Clark

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>  Nettie L. Clark,<br><br><br><br>            Debtor | **Chapter 13**<br>**Case No.:  2:18-bk-19439-NB**<br><br>**MOTION FOR APPOINTMENT OF DEBTOR'S NEXT FRIEND, ALISA CLARK, PER F.R.B.P. 1004.1; DECLARATION OF ALISA CLARK**<br><br>**Hearing:**<br>**Date:   No Hearing Required**<br>**Time:**<br>**Place:** |

**TO:  HON. NEIL BASON, U.S. AND CHAPTER 13 TRUSTEES, NETTIE L. CLARK,**

**INTERESTED PARTIES:**

## I.      INTRODUCTION

Debtor Nettie L. Clark ("Debtor") hereby moves for an order appointing Alisa Clark ("Alisa C.") as Debtor's next friend per F.R.B.P. 1004.1 ("Motion").

This Motion is based on the petition, schedules, statements and other papers on file in the case, the official court file, this Motion and such other and further matters as the court may consider.

Chekian Law Office
11400 W. Olympic Blvd., Suite 200
Los Angeles, California 90064

CHEKIAN LAW OFFICE
11400 W. OLYMPIC BLVD., SUITE 200
LOS ANGELES, CALIFORNIA 90064

## II.    STATEMENT OF FACTS

Alisa C. is Debtor's daughter and the proposed next friend in this case pursuant to Bankruptcy Rule 1004.1.

Debtor is 91 years old, suffers from dementia, has a full time caretaker, and needs the assistance of others to walk, get dressed, bathe and take medication.  She cannot make medical or financial decisions, cannot pay her bills, and cannot handle monetary transactions.

Under the circumstances, Debtor is not able to meet the requirements of obtaining a prepetition credit counseling certificate, participate in a postpetition instructional course in financial management, attend her Meeting of Creditors, or otherwise participate in this bankruptcy case except through Alisa C.

A doctor's note attached to the within declaration of Alisa C. confirms Debtor's dementia (see Exhibit B to the within declaration).  Alisa C. has a durable power of attorney giving her broad authority to act regarding Debtor's personal and financial affairs, executed in 2014 before witnesses and a notary (see Exhibit A to the within Alisa C. declaration).

## III.    ARGUMENT:  DEBTOR'S NEXT FRIEND SHOULD BE AUTHORIZED TO ACT ON DEBTOR'S BEHALF PURSUANT TO BANKRUPTCY RULE 1004.1

Code Section 105(a) provides, "The court may issue any order . . . that is necessary or appropriate to carry out the provisions of this title."  FRBP 1004.1 states that the court, ". . . shall make any order to protect . . . the incompetent debtor."  Local Bankruptcy Rule 1001-1(e)(2) states, "If no parallel or analogy exists, then the court may proceed in any lawful manner not inconsistent with these Local Bankruptcy Rules and the FRBP."

If a mentally incompetent debtor has no legal representative, the petition may be signed by a spouse or family member called a next friend, per Bankruptcy Rule 1004.1.

Debtor is physically and mentally incapacitated.  Alisa C., her daughter and next friend, is able to sign the bankruptcy paperwork and appear on Debtor's behalf at the meeting of creditors. Debtor's declaration submits admissible evidence meeting the requirements set forth in

2

<u>In re Lane</u>, Bankr. Case No. 12-36873-elp7 (Or. 2012)) for appointment of a next friend. The Motion should thus be granted.

**IV.    CONCLUSION**

Therefore, it is respectfully requested that the court issue an order appointing Alisa C. to act in this case on Debtor's behalf as a next friend within the meaning of Bankruptcy Rule 1004.1.

Respectfully submitted,

September 5, 2018                                CHEKIAN LAW OFFICE, INC.

___/s/Michael F. Chekian_____
Michael F. Chekian
Chekian Law Office
Attorneys for Debtor

**MOTION TO APPOINT NEXT FRIEND**

Chekian Law Office
11400 W. Olympic Blvd., Suite 200
Los Angeles, California 90064

## DECLARATION OF ALISA CLARK

### IN SUPPORT OF MOTION

I, Alisa Clark, do hereby declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge and belief, and if called upon as a witness, I could and would personally testify under oath in a court of law to the truthfulness of each of the below facts.

1.    I am the designated next friend in Nettie Clark's ("Debtor") Chapter 13 case pursuant to Federal Rule of Bankruptcy Procedure 1004.1  I make this declaration in support of the motion for appointment of a next friend as per Bankruptcy Rule 1004.1.

2.    According to Debtor's attorney, the court case of <u>In re Lane</u>, Bankr. Case No. 12-36873-elp7 (Or. 2012)), requires that several items of information be provided in the form of admissible evidence, and my responses are below as to each line item request.

a.    **The movant's name and relationship to the Debtor.**  I am Alisa Clark, the adult daughter of the Debtor.

b.    **Whether the Debtor has a duly appointed representative under state law.**  There is no duly appointed state law representative. However, I have the durable power of attorney for the Debtor, which was signed in November 2014, notarized and witnessed by 2 persons, a true and correct copy of which is attached hereto as Exhibit A.  This power of attorney gives me broad authority to handle Debtor's personal and financial affairs.

c.    **The reason why the appointment of a next friend is necessary.**  Debtor is 91 years old, suffers from dementia, lives at

our home at 3436 8th Avenue, and she has a full time caretaker.  Debtor needs the assistance of others to walk, get dressed, bathe, and take medication, provided by In Home Health Services.  Debtor cannot make medical or financial decisions.  She gets cannot pay her bills, cannot communicate with others regarding her financial obligations, and cannot handle monetary transactions.  A true and correct letter from Debtor's doctor diagnosing her with dementia as of April 2017 is attached hereto as Exhibit B.

The Debtor worked up to 2016 when she retired from her sole proprietor business, Clark's Probation, a transition home for boys prior to living with their foster families.  The loss of income contributed to falling behind on the home mortgage and this bankruptcy was filed after my attempts failed at obtaining a loan modification through the Keep Your Home California program.  I starting receiving foster care income of $7,000 in early 2018 which is why I believe we can catch up on the back mortgage payments in this Chapter 13.

d.  **An explanation of why appointment of movant as a next friend would be in the Debtor's best interest.**  I am willing and able to pay most of the money to pay the plan and mortgage payments in this case.  I earn about $7,000 per month as a foster parent and about $1,700 per month working at LAUSD.  I am motivated to save the home since I live there and I am a co-owner.

e.  **The fee, if any, the next friend will charge the Debtor.**  I am not charging the Debtor any money, directly or indirectly for my services.

f.  **The movant's criminal, financial and professional history.**  I have no criminal record, I am a government approved foster parent and I also work at LAUSD.  My income is sufficient to sustain

1  me for all my own personal expenses as well as payment of the plan and

2  mortgage payments in this case.

3          g.  **The movant's competence to handle the Debtor's**

4  **financial affairs, including the movant's knowledge about the Debtor's**

5  **financial affairs.**  I am willing and able to handle the Debtor's

6  financial affairs as needed.  For over the past year, I have managed

7  all of my mother's financial affairs.  Because I have power of

8  attorney over Debtor's personal and financial affairs, I have been

9  handling all her bills since at least the middle of last year.  I

10  would have caught up on the mortgage without need for bankruptcy but

11  my income did not increase until earlier this year when I starting

12  receiving the foster child income.

13          h.  **Whether the movant has any interest, either current or**

14  **potential, in the Debtor's financial affairs.**  As co-owner of the

15  property in joint tenancy, I do stand to receive Debtor's interest in

16  the 8th Avenue property when she passes.

17          i.  **Whether any of the Debtor's debts were incurred for**

18  **the benefit of the proposed next friend.**  No.  All of Debtor's

19  mortgage debt was incurred prior to my involvement with the 8th Avenue

20  property and prior to my having an ownership interest in the property.

21  None of the credit cards listed in Debtor's Schedule F benefitted me

22  directly or indirectly.

23      I do hereby declare under the laws of the United States of

24  America and under the penalty of perjury that the foregoing is true

25  and correct and that this declaration is executed this 27th day of

26  August, 2018, at Los Angeles, California.

27

28                            /s/ Alisa Clark
                          Alisa Clark

This document was prepared by:
Nettie Lee Clark
3436 ½ 8th Avenue
Los Angeles, California 90018

Return To:
Nettie Lee Clark
3436 ½ 8th Avenue
Los Angeles, California 90018

# DURABLE POWER OF ATTORNEY

## OF

## Nettie Lee Clark

NOTICE TO PERSON EXECUTING DURABLE POWER OF ATTORNEY: A DURABLE POWER OF ATTORNEY IS AN IMPORTANT LEGAL DOCUMENT. BY SIGNING THE DURABLE POWER OF ATTORNEY, YOU ARE AUTHORIZING ANOTHER PERSON TO ACT FOR YOU, THE PRINCIPAL. BEFORE YOU SIGN THIS DURABLE POWER OF ATTORNEY, YOU SHOULD KNOW THESE IMPORTANT FACTS:

YOUR AGENT (ATTORNEY-IN-FACT) HAS NO DUTY TO ACT UNLESS YOU AND YOUR AGENT AGREE OTHERWISE IN WRITING.

DOC#511415463

**Exhibit A**

THIS DOCUMENT GIVES YOUR AGENT THE POWERS TO MANAGE, DISPOSE OF, SELL, AND CONVEY YOUR REAL AND PERSONAL PROPERTY, AND TO USE YOUR PROPERTY AS SECURITY IF YOUR AGENT BORROWS MONEY ON YOUR BEHALF. THIS DOCUMENT DOES NOT GIVE YOUR AGENT THE POWER TO ACCEPT OR RECEIVE ANY OF YOUR PROPERTY, IN TRUST OR OTHERWISE, AS A GIFT, UNLESS YOU SPECIFICALLY AUTHORIZE THE AGENT TO ACCEPT OR RECEIVE A GIFT.

YOUR AGENT WILL HAVE THE RIGHT TO RECEIVE REASONABLE PAYMENT FOR SERVICES PROVIDED UNDER THIS DURABLE POWER OF ATTORNEY UNLESS YOU PROVIDE OTHERWISE IN THIS POWER OF ATTORNEY.

THE POWERS YOU GIVE YOUR AGENT WILL CONTINUE TO EXIST FOR YOUR ENTIRE LIFETIME, UNLESS YOU STATE THAT THE DURABLE POWER OF ATTORNEY WILL LAST FOR A SHORTER PERIOD OF TIME OR UNLESS YOU OTHERWISE TERMINATE THE DURABLE POWER OF ATTORNEY. THE POWERS YOU GIVE YOUR AGENT IN THIS DURABLE POWER OF ATTORNEY WILL CONTINUE TO EXIST EVEN IF YOU CAN NO LONGER MAKE YOUR OWN DECISIONS RESPECTING THE MANAGEMENT OF YOUR PROPERTY.

YOU CAN AMEND OR CHANGE THIS DURABLE POWER OF ATTORNEY ONLY BY EXECUTING A NEW DURABLE POWER OF ATTORNEY OR BY EXECUTING AN AMENDMENT THROUGH THE SAME FORMALITIES AS AN ORIGINAL. YOU HAVE THE RIGHT TO REVOKE OR TERMINATE THIS DURABLE POWER OF ATTORNEY AT ANY TIME, SO LONG AS YOU ARE COMPETENT.

THIS DURABLE POWER OF ATTORNEY MUST BE DATED AND MUST BE ACKNOWLEDGED BEFORE A NOTARY PUBLIC OR SIGNED BY TWO WITNESSES. IF IT IS SIGNED BY TWO WITNESSES, THEY MUST WITNESS EITHER (1) THE SIGNING OF THE POWER OF ATTORNEY OR (2) THE PRINCIPAL'S SIGNING OR ACKNOWLEDGMENT OF HIS OR HER SIGNATURE. A DURABLE POWER OF ATTORNEY THAT MAY AFFECT REAL PROPERTY SHOULD BE ACKNOWLEDGED BEFORE A NOTARY PUBLIC SO THAT IT MAY EASILY BE RECORDED.

**YOU SHOULD READ THIS DURABLE POWER OF ATTORNEY CAREFULLY. WHEN EFFECTIVE, THIS DURABLE POWER OF ATTORNEY WILL GIVE YOUR AGENT THE RIGHT TO DEAL WITH PROPERTY THAT YOU NOW HAVE OR MIGHT ACQUIRE IN THE FUTURE. THE DURABLE POWER OF ATTORNEY IS IMPORTANT TO YOU. IF YOU DO NOT UNDERSTAND THE DURABLE POWER OF ATTORNEY, OR ANY PROVISION OF IT, THEN YOU SHOULD OBTAIN THE ASSISTANCE OF AN ATTORNEY OR OTHER QUALIFIED PERSON.**

**I.    PRINCIPAL AND ATTORNEY-IN-FACT**

I, Nettie Lee Clark, who reside at 3436 ½ 8th Avenue, Los Angeles, California 90018, appoint the following person to serve as my attorney-in-fact, to act for me in any lawful way with respect to the subjects indicated below:

> Alisa Michelle Clark
> Harbor City, California

**II.    EFFECTIVE TIME**

This power of attorney is effective immediately, and will not be affected by subsequent disability or incapacity of the principal. This is a durable power of attorney.

**III.    POWERS OF ATTORNEY-IN-FACT**

To the extent permitted by law, my attorney-in-fact may act in my name, place, and stead in any way that I myself could with respect to the following matters:

**YOUR ATTORNEY-IN-FACT SHALL BE AUTHORIZED TO ENGAGE ONLY IN THOSE ACTIVITIES THAT ARE INITIALED.**



**REAL ESTATE TRANSACTIONS:**
- Manage, sell, transfer, lease, mortgage, pledge, refinance, insure, maintain, improve, collect and receive rent, sale proceeds, and earnings, pay taxes, assessments, and charges, and perform any and all other acts with respect to real property and interests in real property that I own now or later acquire.
- Defend, settle, and enforce by litigation a claim to real property and interests in real property that I own now or later acquire.
- Buy, lease, or otherwise acquire real property or an interest in real property, including the authority to enter into listing agreements and purchase and sale contracts, and to sign escrow instructions.
- Execute deeds, mortgages, releases, satisfactions, and other instruments relating to real property and interests in real property that I own now or later acquire.
- Hire and discharge accountants, bookkeepers, property managers, and other professionals providing services related to real property and interests in real property that I now own or later acquire.
- Exercise all powers with respect to real property and interests in real property that I could if present and under no disability.

**TANGIBLE PERSONAL PROPERTY TRANSACTIONS:**
- Buy or otherwise acquire ownership or possession of, sell or otherwise dispose of, mortgage, pledge, assign, lease, insure, maintain, improve, pay taxes on, otherwise manage tangible personal property and interests in tangible personal property that I now own or later acquire, and exercise all powers with respect to personal property and interests in personal property that I could if present and under no disability.

4

(_MC_) STOCK AND BOND TRANSACTIONS:

- Buy, sell, pledge, and exchange stocks, mutual funds, bonds, options, commodity futures, and all other types of securities in my name.
- Sign, accept, and deliver in my name certificates, contracts, or other documents relating to the foregoing, including agreements with brokers or agents.
- Exercise voting and other rights and enter into agreements relating thereto.
- Hire and discharge professionals providing services related to the management and investment of any securities in my name.
- Exercise all powers with respect to securities that I could if present and under no disability.

 FINANCIAL INSTITUTION TRANSACTIONS:

Conduct any business with banks, savings and loan associations, credit unions, and other financial institutions, including but not limited to the authority to:

- Sign and endorse all checks and drafts in my name.
- Deposit and withdraw funds from accounts.
- Open, maintain, and close accounts or other banking arrangements.
- Open, continue, and have access to all safe deposit boxes, and add and remove items from them.
- Borrow money, pledge property as security, and negotiate terms of debt payments.
- Apply for and receive letters of credit, credit cards, and traveler's checks, and give an indemnity or other agreement in connection with letters of credit.
- Exercise all powers with respect to financial institution transactions that I could if present and under no disability.

5

( *no* ) BUSINESS OPERATION TRANSACTIONS:

- Buy, sell, expand, reduce, or terminate a business interest, including but not limited to shares in a corporation, membership interests in a limited liability company, and partnership interests in a general, limited, or limited liability partnership.
- Manage and operate any business or business interest that I now have or later acquire, including but not limited to the authority to:
  - Enter into, amend, enforce, and terminate any business contract.
  - Disburse, receive, and demand money in the operation of the business.
  - Merge, reorganize, or sell a business or part of a business.
  - Determine the location, nature, and method of operating the business.
  - Hire and discharge employees and agents.
- If an agent is permitted by law to act for a principal, and subject to the terms of any partnership or operating agreement, perform any duty and exercise any right, power, or privilege that I have under a partnership or operating agreement, to enforce the terms of a partnership or operating agreement, and to defend, arbitrate, and settle any legal proceeding to which I am a party because of membership in a partnership or limited liability company.
- Exercise a right, power, or privilege that I have as the holder of a bond, share, or instrument of similar character and to defend, arbitrate, and settle any legal proceeding to which I am a party because of any bond, share, or similar instrument.
- Exercise all powers with respect to business operation transactions that I could if present and under no disability.

6

(*nc*)  INSURANCE AND ANNUITY TRANSACTIONS:
- Obtain, modify, renew, convert, rescind, pay the premium on, or terminate insurance and annuities of all types for myself and for my family and other dependents.
- Designate the beneficiary of the contract, but the attorney-in-fact may be named a beneficiary of the contract, or an extension, renewal, or substitute for it, only if the attorney-in-fact was named as a beneficiary under a contract procured by the principal before signing this power of attorney.
- Surrender and receive the cash value, borrow against, or pledge any insurance or annuity policy.
- Exercise all powers with respect to insurance and annuity transactions that I could if present and under no disability.

(*nc*)  ESTATE AND TRUST TRANSACTIONS:
- To act for me in all matters that affect a trust, probate estate, guardianship, conservatorship, escrow, custodianship, or other fund from which I am now, claim to be, or later become entitled, as a beneficiary, to a share or payment, including but not limited to the authority to sign a qualified disclaimer pursuant to Internal Revenue Code Section 2518 and applicable state law, and petitions, objections, waivers, consents, receipts, settlements, and other agreements relating to the above-referenced matters or proceedings.
- Transfer any of my property to a living trust that I created as a grantor before this power of attorney was signed.
- Exercise all powers with respect to estate and trust transactions that I could if present and under no disability.

(*nc*)  LEGAL ACTIONS:
To act for me in all legal matters, whether claims in my favor or against me, including but not limited to the authority to retain and discharge attorneys on my behalf; appear for me in all actions and proceedings, commence actions in my name, sign all documents, submit claims to arbitration or mediation, settle claims, and pay judgments and settlements; and exercise all powers with respect to legal actions that I could if present and under no disability.

7

**Exhibit A**

(*nc*)   PERSONAL AND FAMILY CARE:
To do all acts necessary to maintain my customary standard of
living, and that of any individuals legally entitled to be supported
by me, including but not limited to the authority to provide and
pay for medical care, shelter, clothing, food, usual vacations,
education, transportation, and dues for social organizations and to
exercise all powers with respect to personal and family care that I
could if present and under no disability. My attorney-in-fact is
specifically authorized to hire and compensate household, nursing,
and other employees necessary for my well-being and that of any
individuals legally entitled to be supported by me, and to enter into
contracts and commit my resources with respect to the provision of
my residential care in a convalescent hospital, skilled nursing
home, or alternative residential facility.

(*nc*)   GOVERNMENT ASSISTANCE:
Claim and collect benefits from the Social Security Administration,
including, but not limited to, retirement benefits, supplemental
social security, and social security disability benefits and, Medicare,
Medicaid, or state, local, and other government programs or civil or
military service, and to exercise all powers with respect to
government assistance that I could if present and under no
disability.

(*nc*)   RETIREMENT PLAN TRANSACTIONS:
To act for me in all matters that affect my retirement, deferred
compensation, or pension plans, including but not limited to the
authority to select payment options, designate beneficiaries, make
contributions, exercise investment powers, make "rollovers" of
plan benefits, borrow or sell assets from the plan, and, if I am a
spouse who is not employed, waive my right to be a beneficiary of
a joint or survivor annuity and to exercise all powers with respect
to retirement plans that I could if present and under no disability.

8

(*ML*) GIFTS:
Make gifts from my assets, including debt forgiveness and gifts to
my attorney-in-fact.

My attorney-in-fact is empowered to take all further action, including the
payment of expenditures and the preparation and execution of all documents, as
my attorney-in-fact deems necessary or appropriate to fully effectuate the
purposes of the foregoing matters.

## IV.    GENERAL PROVISIONS

1) Reliance By Third Parties. I hereby agree that any third party receiving a
   duly executed copy of this document may rely on and act under it.
   Revocation or termination of this power of attorney will be ineffective as
   to a third party unless and until that third party receives actual notice or
   knowledge of the revocation or termination. For myself and for my heirs,
   executors, legal representatives, devisees, and assigns, I hereby agree to
   indemnify and hold harmless any third party from any and all claims
   because of good faith reliance on this instrument.

2) Severability. If any provision in this power of attorney is found to be
   invalid or unenforceable, this invalidity or unenforceability will not affect
   the other provisions of this document, and the other provisions will be
   given effect without the invalid or unenforceable provision.

3) Revocation. I may revoke this power of attorney at any time.

4) Maintenance of Records; Accounting. My attorney-in-fact must maintain
   records of all actions taken on my behalf, including transactions, receipts,
   disbursements and investment. My attorney-in-fact shall provide an
   accounting for all funds handled and all acts performed as my attorney-in-
   fact, but only upon my request, the request of a personal representative or
   a fiduciary acting on my behalf, or court order. Any requirement of my
   attorney-in-fact to file inventories and accounts with the county clerk or
   with the court is specifically waived.

9

5) <u>Compensation and Reimbursement.</u> My attorney-in-fact is entitled to reasonable compensation for services provided on my behalf pursuant to this power of attorney. My attorney-in-fact will be reimbursed for all reasonable expenses incurred relating to his or her responsibilities under this power of attorney.

6) <u>Personal Benefit Permitted.</u> If my attorney-in-fact is acting in good faith and in my best interests, my attorney-in-fact may personally benefit or profit from transactions taken on my behalf.

7) <u>Liability of Attorney-in-Fact.</u> All persons or entities that in good faith endeavor to carry out the provisions of this power of attorney will not be liable to me, my estate, or my heirs for any damages or claims arising because of their actions or inactions based on this power of attorney. My estate will indemnify and hold them harmless. A successor attorney-in-fact will not be liable for the acts of a prior attorney-in-fact.

8) <u>Copies.</u> A copy of this durable power of attorney shall be effective as an original for all purposes.

**IN WITNESS WHEREOF**, the undersigned has executed this power of attorney on the date set forth below.

Date: 11/4/2014    _Nettie Lee Clark_

    Signature of Nettie Lee Clark

10

## WITNESSES

By signing as a witness, I am acknowledging the signature of the principal who signed in my presence, and the fact that he or she stated that this power of attorney reflects his or her wishes and is being executed voluntarily. I believe the principal to be of sound mind. I have not been appointed as attorney-in-fact by the principal, am not related to him or her by blood, marriage, or adoption, and, to the best of my knowledge, am not entitled to any portion of his or her estate under his or her last will and testament.

1. _____     David Perez
   (Signature of witness)               (Print Name)

                                        2202 S. Figueroa St
                                        (Address)

                                        LA. CA. 90007
                                        (City, State, ZIP)

2. _____     Samira Saha
   (Signature of witness)               (Print Name)

                                        6138 Franklin Ave #431
                                        (Address)

                                        Hollywood CA 90028
                                        (City, State, ZIP)

11

## ACKNOWLEDGMENT
## OF NOTARY PUBLIC

State of California

County of _Los Angeles_

On _11-04-2014_ , before me, _Vache Amirian_ , a
Notary Public, personally appeared Nettie Lee Clark, who proved to me on the
basis of satisfactory evidence to be the person whose name is subscribed to the
within instrument and acknowledged to me that he or she executed the same in
his or her authorized capacity, and that by his or her signature on the instrument
the person, or the entity upon behalf of which the person acted, executed the
instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California
that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____                    (Seal)

VACHE AMIRIAN
COMM. #2061747
Notary Public - California
LOS ANGELES COUNTY
My Comm. Exp. Apr. 17, 2018

12

## NOTICE TO PERSON ACCEPTING
## APPOINTMENT AS ATTORNEY-IN-FACT

By acting or agreeing to act as the agent (attorney-in-fact) under this power of attorney you assume the fiduciary and other legal responsibilities of an agent. These responsibilities include:

1) The legal duty to act solely in the interest of the principal and to avoid conflicts of interest.

2) The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

You may not transfer the principal's property to yourself without full and adequate consideration or accept a gift of the principal's property unless this power of attorney specifically authorizes you to transfer property to yourself or to accept a gift of the principal's property. If you transfer the principal's property to yourself without specific authorization in the power of attorney, you may be prosecuted for fraud and/or embezzlement. If the principal is 65 years of age or older at the time that the property is transferred to you without authority, you may also be prosecuted for elder abuse under Penal Code Section 368. In addition to criminal prosecution, you may also be sued in civil court.

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the agent (attorney-in-fact) under the terms of this power of attorney.

Date: 11-4-14

Signature of Alisa Michelle Clark

13

Exhibit A

Loan # 5681884


## KAISER PERMANENTE®

Southern California Permanente Medical Group

4/26/2017

MR# 000006272168

Playa Vista Medical Offices
5620 Mesmer Ave.
Culver City, CA 90230

4/26/2017

Nettie Lee Clark
3436 1/2 8th Ave
Los Angeles CA 90018

To whom it may concern,

I'm writing this letter on behalf of Nettie Lee Clark (DOB 1/5/1927) upon her
family's request.  Ms. Clark currently has Dementia and is being cared for at
home by her daughter Alisa Clark, who moved in with Ms. Nettie Clark for this
purpose.  This has affected the Ms. Alisa Clark's ability to do other activities.

Please use the above information to help Ms. Clark in anyway possible.

If you have any questions please contact me.

Sincerely,

Pavana K. Tiriveedhi, M.D.
800-954-8000

**Rec'd @ PMA**

MAY 12 2017

Print Name: *Alisa Clark*
Reg/Disp# *04837*
Circle: Casual /'A'/'B'/'Clerk'/'Mechanic'/

5620 Mesmer Avenue
Culver City, California 90230

**1**

**Exhibit B**

NL-1150 (4-99)