| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael F. Chekian, Esq. SBN 165026**<br>**11400 W. Olympic Blvd., #200**<br>**Los Angeles, CA 90064-1584**<br>**(Voice) 310 390 5529 (Facsimile) 310 451 0739**<br><br>**(email) mike@cheklaw.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* **Debtor** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Nettie L. Clark**<br><br><br><br>Debtor(s) | CASE NO.: **2:18-bk-19439-NB**<br><br>CHAPTER **13**<br><br>**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>[No Hearing Required] |
|---|---|

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and Local Bankruptcy Rule 3015-1(q)(1):

1. ☑ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;
    **OR**
    ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter _____ and was converted to a case under chapter 13 on _____.

2. ☑ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.
    **OR**
    ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

    Filing Date: _____
    Movant: _____
    Personal or Real Property: _____
    _____

    Status:    ☐ Pending    ☐ Resolved    ☐ Withdrawn/Denied

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 3015-1.18.DEBTOR.MOTION.DISMISS**

*(Please attach additional pages if needed.)*

3. ☑ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   **OR**

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:
   _____
   _____

   *(Please attach additional pages if needed.)*

4. Debtor seeks dismissal of this case for the following reasons:
   **Debtor received approval of her application with Keep Your Home California which will allow her to cure all mortgage arrears and save her property from foreclosure. Debtor prefers this non-bankruptcy solution to Chapter 13 procedures.**

   *(Please attach additional pages if needed.)*

   Date: **September 6, 2018**         /s/ Michael F. Chekian, Esq.
                                       Attorney for Debtor(s)

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Date: **September 6, 2018**         /s/ Nettie L. Clark, by Alisa Clark, her daughter and next
                                       Debtor **friend per FRBP 1004.1**

   Date: **September 6, 2018**         /s/ Alisa Clark
                                       Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 2                F 3015-1.18.DEBTOR.MOTION.DISMISS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11400 W. Olympic Blvd., Ste. 200, Los Angeles, CA  90064-1584

A true and correct copy of the foregoing document entitled (*specify*):    Debtor's Motion For Voluntary Dismissal of Chapter 13 Case
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __9/10/2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Debtor Michael Chekian:  mike@cheklaw.com
Chapter 13 Trustee Kathy Dockery:  efiling@CH13LA.com
U.S. Trustee:  ustpregion16.la.ecf@usdoj.gov
Seterus, Inc., c/o Nichole Glowin:  nglowin@wrightlegal.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __9/10/2018_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor Nettie Clark
3436-3436 ½ 8th Avenue
Los Angeles, CA  90018

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/2017_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/10/2018 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**